1  **BRIDGET KENNEDY**
California State Bar No. 253416
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3  San Diego, California 92101-5030
Telephone (619) 234-8467
4  Facsimile (619) 687-2666
bridget_kennedy@fd.org
5
6  Attorneys for Mr. Guevara-Osuna
7
8               UNITED STATES DISTRICT COURT
9             FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10
11 | UNITED STATES OF AMERICA,    )   Case No. 08mj0593
                                 )
12 |         Plaintiff,           )
                                 )
13 | v.                           )
                                 )   **NOTICE OF APPEARANCE**
14 | **RODRIGO GUEVARA-OSUNA,**   )
                                 )
15 |         Defendant.           )
                                 )
16
17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 Bridget L. Kennedy, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in
19 the above-captioned case.
20                                      Respectfully submitted,
21 Dated: March 3, 2008              *s/ Bridget Kennedy*
                                      Federal Defenders of San Diego, Inc.
22                                    *bridget_kennedy@fd.org*
23
24
25
26
27
28