**BRIDGET KENNEDY**
California State Bar No. 253416
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone (619) 234-8467
Facsimile (619) 687-2666
bridget_kennedy@fd.org

Attorneys for Mr. Guevara-Osuna

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **RODRIGO GUEVARA-OSUNA,** ) <br> ) <br> Defendant. ) <br> ) | Case No. 08mj0593 <br><br> PROOF OF SERVICE |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**United States Attorney**
efile.dkt.gc1@usdoj.gov

Dated: March 3, 2008           *s/ Bridget L. Kennedy*
**BRIDGET L. KENNEDY**
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
e-mail:bridget_kennedy@fd.org