1 **BRIDGET KENNEDY**
California State Bar No. 253416
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone (619) 234-8467
4 Facsimile (619) 687-2666
Bridget_Kennedy@fd.org

6 Attorneys for RODRIGO GUEVARA-OSUNA

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 **(HONORABLE JOHN A. HOUSTON)**

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  RODRIGO GUEVARA-OSUNA,  Defendant. | Case No.08CR00923-JAH  DATE: May 27, 2008  TIME: 8:30 a.m.  NOTICE OF MOTIONS AND MOTIONS TO:  (1) COMPEL DISCOVERY AND PRESERVE EVIDENCE; and  (2) GRANT LEAVE TO FILE FURTHER MOTIONS |

17 TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY

18    PLEASE TAKE NOTICE that on May 27, 2008 at 8:30 a.m. or as soon thereafter as counsel may

19 be heard, defendant, Rodrigo Guevara-Osuna, by and through his attorneys, Bridget Kennedy, and Federal

20 Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

21 //
22 //
23 //
24 //
25 //
26 //
27 //

08CR00923-JAH

**MOTIONS**

Defendant, Rodrigo Guevara-Osuna, by and through Counsel, Bridget Kennedy, and Federal Defenders of San Diego, Inc., asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

(1) Compel Discovery and Preserve Evidence;
(2) Grant Leave to File Further Motions

This motion is based upon the instant motion and notice of motion, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

Dated:  May 16, 2008

 *s/ Bridget Kennedy*
**BRIDGET KENNEDY**
Federal Defenders of San Diego, Inc.
Bridget_Kennedy@fd.org
Attorneys for Mr. Guevara-Osuna