1  **BRIDGET KENNEDY**
California State Bar No. 253416
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3  San Diego, California 92101-5030
Telephone (619) 234-8467
4  Facsimile (619) 687-2666
bridget_kennedy@fd.org
5
6  Attorneys for Mr. Guevara-Osuna
7
8                    UNITED STATES DISTRICT COURT
9                   SOUTHERN DISTRICT OF CALIFORNIA
10                    **(HONORABLE JOHN A. HOUSTON)**

11  UNITED STATES OF AMERICA,       )   Case No. 08CR0923-JAH
                                    )
12           Plaintiff,             )
                                    )
13  v.                              )   PROOF OF SERVICE
                                    )
14  **RODRIGO GUEVARA-OSUNA,**      )
                                    )
15           Defendant.             )
                                    )
16

17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of

18  her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day

19  upon:

20          **United States Attorney**
            efile.dkt.gc1@usdoj.gov
21

22  Dated: May 16, 2008                      _s/ Bridget L. Kennedy_
                                            **BRIDGET L. KENNEDY**
23                                           Federal Defenders
                                             225 Broadway, Suite 900
24                                           San Diego, CA 92101-5030
                                             (619) 234-8467  (tel)
25                                           (619) 687-2666  (fax)
                                             e-mail:bridget_kennedy@fd.org
26
27
28