UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

2008 JUN -3 AM 8: 46

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        vs.<br><br>RODRIGO GUEVARA-OSUNA,<br><br>                    Defendant. | CASE NO. 08CR0923-JAH<br><br>BY_____KWH_____DEPUTY<br><br>**JUDGMENT OF DISMISSAL** |

        IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice.

____  the Court has dismissed the case for unnecessary delay; or

____  the Court has granted the motion of the Government for dismissal; or

____  the Court has granted the motion of the defendant for a judgment of acquittal; or

____  a jury has been waived, and the Court has found the defendant not guilty; or

____  the jury has returned its verdict, finding the defendant not guilty;

____  of the offense(s) of:

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: May 27, 2008

_____
John A. Houston
UNITED STATES DISTRICT JUDGE

ENTERED ON _____