# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

2008 JUN -3 AM 8: 46

| UNITED STATES OF AMERICA, | CASE NO. 08CR0923-JAH |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| RODRIGO GUEVARA-OSUNA, | |
| Defendant. | |

**FILED**
JUN 0 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice.

___  the Court has dismissed the case for unnecessary delay; or

___  the Court has granted the motion of the Government for dismissal; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

___  of the offense(s) of:

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: May 27, 2008

John A. Houston
UNITED STATES DISTRICT JUDGE

I have executed within Judgment of dismissal ENTERED ON _____
~~Judgement and Commitment~~ on 6/3/08

United States Marshal
By: _____
USMS Criminal Section